United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                          Case No. 21-00280-HWV

Marjohn Cauchi                                                 Chapter 13

Antoinette Tania Cauchi

    Debtors

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marjohn Cauchi, Antoinette Tania Cauchi, 105 Game Trail Court, Dingmans Ferry, PA 18328-4079 |
| 5390181 | + | Anesthesia Assoc of Morristown, PO Box 24002, Newark, NJ 07101-0410 |
| 5390182 | | Atlantic Health Systtem, PO Box 21385, New York, NY 10087-1385 |
| 5390183 | | Atlantic Medical Grp, PO Box 419101, Boston, MA 02241-9101 |
| 5390184 | + | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5390188 | + | Flagstar, P.O Box 660263, Dallas, TX 75266-0263 |
| 5390189 | | Home Depot Credit Services, PO Box 70600, Philadelphia, PA 19176-0600 |
| 5393663 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5390191 | + | Midland Funding LLC, 320 East Big Beaver, Suite 300, Troy, MI 48083-1271 |
| 5390192 | | PA Dept of Revenue, PO Box 280432, Harrisburg, PA 17128-0432 |
| 5390193 | | PAM, PO Box 1520, Milwaukee, WI 53201-1520 |
| 5390194 | + | Rafailov,Dr. Samuli, 61 Main Street, Sparta, NJ 07871-1903 |
| 5390197 | + | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 5395533 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5390185 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, Cardmember Service, PO Box 790408, Saint Louis, MO 63179-0408 |
| 5390187 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, Elan Financial Services, PO Box 108, Saint Louis, MO 63166 |
| 5390199 | | US Dept, of the Treasury, DMS CON, PO Box 979111, Saint Louis, MO 63197-9000 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 23 2021 19:05:00 | American Honda Finance Corporation, 3625 W. Royal Lane #200, Irving, TX 75063, UNITED STATES |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 23 2021 19:31:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5390190 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 23 2021 19:05:00 | Honda Financial Services, PO Box 7829, Philadelphia, PA 19101-7829 |
| 5392892 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 23 2021 19:05:00 | American Honda Finance Corporation, 3625 W. Royal Lane #200, Irving, TX 75063 |
| 5391397 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 23 2021 19:05:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5390186 | | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 23 2021 19:05:00 | CCS, Payment Processing Ctr, PO Box 55126, Boston, MA 02205-5126 |
| 5390195 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 23 2021 19:27:08 | SYNCB/LOWES, PO Box 965005, Orlando, FL 32896-5005 |
| 5390196 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 23 2021 19:31:07 | SYNCB/PPC, PO Box 965005, Orlando, FL |

| | | | | |
|---|---|---|---|---|
| | | | | 32896-5005 |
| 5390455 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 23 2021 19:29:13 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5390198 | | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Mar 23 2021 19:05:00 | Transworld Systems Inc., PO Box 15110, Wilmington, DE 19850-5110 |
| 5390185 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | Mar 23 2021 19:05:00 | Cardmember Service, PO Box 790408, Saint Louis, MO 63179-0408 |
| 5390187 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | Mar 23 2021 19:05:00 | Elan Financial Services, PO Box 108, Saint Louis, MO 63166 |
| 5391434 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | | |
| | | | Mar 23 2021 19:31:18 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 25, 2021        Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vern S. Lazaroff | on behalf of Debtor 2 Antoinette Tania Cauchi pabankruptcy@vernlazaroff.com  r39899@notify.bestcase.com |
| Vern S. Lazaroff | on behalf of Debtor 1 Marjohn Cauchi pabankruptcy@vernlazaroff.com  r39899@notify.bestcase.com |
| William E. Craig | on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Marjohn Cauchi,

     **Debtor 1**

Antoinette Tania Cauchi,

     **Debtor 2**

Chapter     13

Case No.     5:21−bk−00280−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**April 28, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 5, 2021<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 23, 2021 |

ntcnfhrg (03/18)