### Pay Stub 193438

**TULLY CONSTRUCTION CO., INC.** — 193438

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | | 54.05 | 2162.00 | | 40.00 | 9.00 | 360.00 | VA1536 | 1-18 to 1-24-21 |

No. 193438
TOTAL PAY: 2522.00

**DEDUCTIONS THIS PERIOD**

| FWH | 285.13 | MED | 36.57 | SOC | 156.36 | NYSWH | 141.67 | PAC153 | 2.00 |
| VA1536 | 360.00 | WRK153 | 64.37 | | | | | | |

TOTAL DEDUCTIONS: 1046.10

**EMPLOYEE INFORMATION**
MARJOHN CAUCHI
XXX-XX-0378    21848

**YEAR-TO-DATE TOTALS**
GROSS 11123.87  FICA 850.98  401K .00
FWH 1233.67  SWH 617.14  SLA .00

NET PAY: 1475.90

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS

---

### Pay Stub 193099

**TULLY CONSTRUCTION CO., INC.** — 193099

| HOURS | | RATE | EARNINGS | | OTHER PAY | | | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | BASIS | RATE | AMOUNT | DESCRIPTION | |
| 40.00 | .50 | 54.05 / 81.0750 | 2162.00 | 40.54 | 40.50 | 9.00 | 364.50 | VA1536 | 1-11 to 1-17-21 |

No. 193099
TOTAL PAY: 2567.04

**DEDUCTIONS THIS PERIOD**

| FWH | 295.04 | MED | 37.22 | SOC | 159.16 | NYSWH | 145.18 | PAC153 | 2.03 |
| VA1536 | 364.50 | WRK153 | 65.17 | | | | | | |

TOTAL DEDUCTIONS: 1068.30

**EMPLOYEE INFORMATION**
MARJOHN CAUCHI
XXX-XX-0378    21848

**YEAR-TO-DATE TOTALS**
GROSS 8601.87  FICA 658.05  401K .00
FWH 948.54  SWH 475.47  SLA .00

NET PAY: 1498.74

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS



## TULLY CONSTRUCTION CO., INC.

No. 192741

| HOURS | | RATE | EARNINGS | | BASIS | RATE | OTHER PAY | | PAY PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | | | AMOUNT | DESCRIPTION | |
| 40.00 | 3.00 | 54.05 / 31.0750 | 2162.00 | 243.23 | 43.00 | 9.00 | 387.00 | VA1536 | 1-04 to 1-10-21 |

### DEDUCTIONS THIS PERIOD

| FWH | 344.58 | MED | 40.49 | SOC | 173.12 | NYSWH | 162.70 | PAC153 | 2.15 |
|---|---|---|---|---|---|---|---|---|---|
| VA1536 | 387.00 | WRK153 | 69.20 | | | | | | |

TOTAL PAY 2792.23
TOTAL DEDUCTIONS 1179.24
NET PAY 1612.99

### EMPLOYEE INFORMATION

MARJOHN CAUCHI
XXX-XX-0378   21848

### YEAR-TO-DATE TOTALS

| GROSS | 6034.83 | FICA | 461.67 | 401K | .00 |
|---|---|---|---|---|---|
| FWH | 653.50 | SMH | 330.29 | SLA | .00 |

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS

192741



### Pay Stub 1 (No. 192386)

**TULLY CONSTRUCTION CO., INC.**

PAY PERIOD: 12-28 to 1-03-21

**EMPLOYEE INFORMATION**
MARJOHN CAUCHI  21848
XXX-XX-0378

**HOURS**
| REGULAR | OVERTIME |
|---------|----------|
| 8.00    |          |

**EARNINGS**
| REGULAR | OVERTIME | BASIS | RATE | OTHER PAY | AMOUNT | DESCRIPTION | PAY PERIOD |
|---|---|---|---|---|---|---|---|
| 648.60 | | 8.00 | 9.00 | | 72.00 | VA1536 | 12-28 to 1-03-21 |

**DEDUCTIONS THIS PERIOD**
| FWH | MED | SOC | NYSWH | 401K | PAC153 |
|---|---|---|---|---|---|
| 23.79 | 10.45 | 44.68 | 25.92 | | .40 |

**YEAR-TO-DATE TOTALS**
| GROSS | FICA | SWH | NYSWH | 401K | PAC153 | SLA |
|---|---|---|---|---|---|---|
| 3242.60 | 248.06 | 308.92 | 167.59 | .00 | | .00 |

TOTAL PAY: 720.60
TOTAL DEDUCTIONS: 190.11
NET PAY: 530.49

### Pay Stub 2 (No. 192385)

**TULLY CONSTRUCTION CO., INC.**

**HOURS**
| REGULAR | OVERTIME |
|---------|----------|
| 40.00   |          |

**EARNINGS**
| REGULAR | OVERTIME | BASIS | RATE | OTHER PAY | AMOUNT | DESCRIPTION | PAY PERIOD |
|---|---|---|---|---|---|---|---|
| 2162.00 | | 40.00 | 9.00 | | 360.00 | VA1536 | 12-28 to 1-03-21 |

**DEDUCTIONS THIS PERIOD**
| FWH | MED | SOC | NYSWH | 401K | PAC153 |
|---|---|---|---|---|---|
| 285.13 | 35.57 | 156.36 | 141.67 | | 2.00 |

**YEAR-TO-DATE TOTALS**
| GROSS | FICA | SWH | NYSWH | 401K | PAC153 | SLA |
|---|---|---|---|---|---|---|
| 2522.00 | 285.13 | 192.93 | 141.67 | .00 | | .00 |

**EMPLOYEE INFORMATION**
MARJOHN CAUCHI  21848
XXX-XX-0378

VA1536  360.00  WRK153  64.37

TOTAL PAY: 2522.00
TOTAL DEDUCTIONS: 1046.10
NET PAY: 1475.90

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS



## TULLY CONSTRUCTION CO., INC.

**191679**

| HOURS | | RATE | EARNINGS | | BASIS | RATE | OTHER PAY | | |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | | | AMOUNT | DESCRIPTION | PAY PERIOD |
| 32.00 | | 54.05 | 1729.60 | | 32.00 | 9.00 | 288.00 | VA1536 | 12-14 to 12-20-20 |

### DEDUCTIONS THIS PERIOD

| FWH | 177.29 | MED | 29.26 | NYSWH | 105.84 | PAC153 | 1.60 | VA1536 | 288.00 |

### EMPLOYEE INFORMATION

| MARJOHN CAUCHI | 21848 |
| XXX-XX-0378 | |

### YEAR-TO-DATE TOTALS

| FWH | 14987.45 | SWH | 7839.87 | 401K | .00 |
| GROSS 142796.93 | FICA 10607.96 | SDI | .00 | | 3364.12 |

No. 191679

TOTAL PAY 2017.60
TOTAL DEDUCTIONS 653.48
NET PAY

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS

---

## TULLY CONSTRUCTION CO., INC.

**192052**

| HOURS | | RATE | EARNINGS | | BASIS | RATE | OTHER PAY | | |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | OVERTIME | | REGULAR | OVERTIME | | | AMOUNT | DESCRIPTION | PAY PERIOD |
| 40.00 | | 54.05 | 2162.00 | | 40.00 | 9.00 | 360.00 | VA1536 | 12-21 to 12-27-20 |

### DEDUCTIONS THIS PERIOD

| FWH | 287.99 | MED | 36.56 | NYSWH | 144.11 | PAC153 | 2.00 | VA1536 | 360.00 |

### EMPLOYEE INFORMATION

| MARJOHN CAUCHI | 21848 |
| XXX-XX-0378 | |

### YEAR-TO-DATE TOTALS

| FWH | 15275.44 | SWH | 7983.98 | 401K | .00 |
| GROSS 145318.93 | FICA 10644.52 | SDI | .00 | | 1626.97 |

No. 192052

TOTAL PAY 2522.00
TOTAL DEDUCTIONS 895.03
NET PAY

PLEASE DETACH THIS PORTION AND RETAIN FOR YOUR RECORDS

## Earnings Statement

**ADP**

CO. FILE DEPT. CLOCK VCHR. NO.
NES 090475 CUSSED1 0000040084 1
111-0001

EILEEN FISHER, INC - RETAIL DIVISION
2 BRIDGE STREET
IRVINGTON, NY 10533
CO PH NUMBER 914 - 721 - 4141

Period Beginning: 01/10/2021
Period Ending: 01/23/2021
Pay Date: 01/28/2021

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

ANTOINETTE CAUCHI
105 GAME TRAIL COURT
DINGSMAN FERRY PA 18328

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.5000 | 19.88 | 367.78 | 617.90 |
| Holiday | | | | 46.25 |
| Vacation PrYr | | | | 46.25 |
| **Gross Pay** | | | **$367.78** | 710.40 |

**Deductions**

| | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Social Security Tax | -22.80 | 44.04 |
| Medicare Tax | -5.33 | 10.30 |
| PA State Income Tax | -11.29 | 21.81 |
| PA SUI/SDI Tax | -0.22 | 0.43 |
| **Other** | | |
| Disability Tax | -1.20 | 2.40 |
| 401K | -11.03* | 21.31 |
| **Net Pay** | **$315.91** | |
| Checking | -315.91 | |
| **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Hours | 19.88 | 38.40 |
| Basis of Pay | | Hourly |
| Sick Balance | | 0.89 |
| Vac Balance | | 1.46 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 914 - 721 - 4141

BASIS OF PAY: HOURLY

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| WED 01/13 | 3:16PM | 7:02PM | | | 3.77 |
| THU 01/14 | 9:30AM | 1:32PM | | | 4.03 |
| SAT 01/16 | 11:30AM | 3:36PM | | | 4.10 |
| MON 01/18 | 12:03PM | 4:02PM | | | 3.98 |
| SAT 01/23 | 9:30AM | 1:30PM | | | 4.00 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $356.75

EILEEN FISHER, INC - RETAIL DIVISION
2 BRIDGE STREET
IRVINGTON, NY 10533
CO PH NUMBER 914 - 721 - 4141

Advice number: 00000040084
Pay date: 01/28/2021

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ANTOINETTE CAUCHI | xxxxx4140 | xxxx xxxx | $315.91 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

CO.  FILE  DEPT.  CLOCK  VCHR. NO.  040
NE5  090475  CUSSER  0006260086  1

EILEEN FISHER INC - RETAIL DIVISION
2 BRIDGE STREET
IRVINGTON, NY 10533
CO. PH NUMBER 914 - 721 - 4141

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  PA: N/A

ANTOINETTE CAUCHI
105 GAME TRAIL COURT
DINGMAN FERRY PA 18328

Period Beginning: 12/13/2020
Period Ending: 12/26/2020
Pay Date: 12/31/2020

## Earnings

| | rate | hours | this period | | year to date |
|---|---|---|---|---|---|
| Regular | 18.5000 | 26.47 | 489.70 | | 16,985.64 |
| Holiday | 18.5000 | 2.50 | 46.25 | | 527.25 |
| Clothing Allow | | | | | 1,000.00 |
| Clothing Fringe | | | | | 82.84 |
| Floating Hol | | | | | 259.00 |
| Sick Pay | | | | | 74.00 |
| Sick Payout | | | | | 615.68 |
| Vacation 2020 | | | | | 462.50 |
| **Gross Pay** | | | **$535.95** | | **20,007.56** |

## Deductions

| Statutory | | |
|---|---|---|
| Social Security Tax | -33.23 | 1,240.47 |
| Medicare Tax | -7.77 | 290.11 |
| PA State Income Tax | -16.45 | 590.94 |
| PA SUI/SDI Tax | -0.32 | 12.00 |
| Federal Income Tax | | 306.87 |

| Other | | |
|---|---|---|
| Disability Tax | -1.20 | 32.40 |
| 401K | -16.08* | 567.74 |
| Clothing Allow | | 1,000.00 |

| **Net Pay** | **$460.90** | |
|---|---|---|
| Checking | -460.90 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $519.87

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Tot Work Hours | 28.97 | 991.52 |
| Holiday Hrs Ytd | | 28.50 |

## Important Notes

YOUR COMPANY'S PHONE NUMBER IS 914 - 721 - 4141

BASIS OF PAY: HOURLY

## Time Card Detail

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| TUE | 12/15 | 9:32AM | 2:30PM | | | 4.97 |
| FRI | 12/18 | 9:32AM | 1:31PM | | | 3.98 |
| SAT | 12/19 | 9:30AM | 2:30PM | | | 5.00 |
| WED | 12/23 | 9:29AM | 3:01PM | 3:18PM | 5:01PM | 5.53 |
| FRI | 12/25 | HOLIDAY | | | | 2.50 |
| SAT | 12/26 | 9:30AM | 2:46PM | | | 5.99 |

EILEEN FISHER, INC - RETAIL DIVISION                     Advice number:

*[Handwritten note:]* 8 hrs. per week –
Lily. 18 50 P.H.

## Earnings Statement

ADP

| CO FILE DEPT. CLOCK VCHR. NO. | 046 |
| --- | --- |
| NE3 098425 CU5SER 00000000002 | 1 |

EILEEN FISHER, INC - RETAIL DIVISION
2 BRIDGE STREET
IRVINGTON, NY 10533
CO PH NUMBER 914 - 721 - 4141

| Taxable Marital Status: | Married |
| --- | --- |
| Exemptions/Allowances: | |
| Federal | 1 |
| PA | N/A |

Period Beginning: 12/27/2020
Period Ending: 01/09/2021
Pay Date: 01/14/2021

ANTOINETTE CAUCHI
105 GAME TRAIL COURT
DINGSMAN FERRY PA 18328

| Earnings | rate | hours | this period | year to date |
| --- | --- | --- | --- | --- |
| Regular | 18.5000 | 13.52 | 250.12 | 250.12 |
| Holiday | 18.5000 | 2.50 | 46.25 | 46.25 |
| Vacation Pyr | 18.5000 | 2.50 | 46.25 | 46.25 |
| **Gross Pay** | | | **$342.62** | 342.62 |

| Deductions | | |
| --- | --- | --- |
| Statutory | | |
| Social Security Tax | -21.24 | 21.24 |
| Medicare Tax | -4.97 | 4.97 |
| PA State Income Tax | -10.52 | 10.52 |
| PA SUI/SDI Tax | -0.21 | 0.21 |
| Other | | |
| Disability Tax | -1.20 | 1.20 |
| 401K | -10.28* | 10.28 |
| **Net Pay** | **$294.20** | |
| Checking | -294.20 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $332.34

| Other Benefits and Information | this period | total to date |
| --- | --- | --- |
| Tot Work Hours | 16.52 | 16.52 |
| Holiday Hrs Ytd | | 2.50 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 914 - 721 - 4141

BASIS OF PAY: HOURLY

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| WED | 12/30 | 9:30AM | 1:30PM | | | 4.00 |
| THU | 12/31 | | VACATION | | | 2.50 |
| FRI | 01/01 | | HOLIDAY | | | 2.50 |
| SAT | 01/02 | 9:31AM | 2:30PM | | CARRYOVER | 4.98 |
| WED | 01/06 | 9:30AM | 2:02PM | | | 4.52 |

EILEEN FISHER, INC - RETAIL DIVISION

Advice number: 00000020952

Case 5:21-bk-00280-HWV    Doc 23    Filed 03/30/21    Entered 03/30/21 11:23:00    Desc
Main Document    Page 7 of 12

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 040 |
|---|---|---|---|---|---|
| NES | 090475 | | CUSSER | 0000510089 | 1 |

# Earnings Statement 

EILEEN FISHER, INC - RETAIL DIVISION  
2 BRIDGE STREET  
IRVINGTON, NY 10533  
CO PH NUMBER 914 - 721 - 4141

Period Beginning: 11/29/2020  
Period Ending: 12/12/2020  
Pay Date: 12/17/2020

Taxable Marital Status: Married  
Exemptions/Allowances:  
  Federal: 1  
  PA: N/A

ANTOINETTE CAUCHI  
105 GAME TRAIL COURT  
DINGSMAN FERRY PA 18328

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.5000 | 27.93 | 516.71 | 16,495.94 |
| Clothing Allow | | | | 1,000.00 |
| Clothing Fringe | | | | 82.84 |
| Floating Hol | | | | 259.00 |
| Holiday | | | | 481.00 |
| Sick Pay | | | | 74.00 |
| Sick Payout | | | | 615.68 |
| Vacation 2020 | | | | 462.50 |
| **Gross Pay** | | | **$516.71** | 19,471.61 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Social Security Tax | -32.07 | | 1,207.24 |
| | Medicare Tax | -7.50 | | 282.34 |
| | PA State Income Tax | -15.86 | | 564.49 |
| | PA SUI/SDI Tax | -0.31 | | 11.68 |
| | Federal Income Tax | | | 336.87 |
| | Other | | | |
| | Disability Tax | -1.20 | | 31.20 |
| | 401K | -15.50* | | 551.66 |
| | Clothing Allow | | | 1,000.00 |
| **Net Pay** | | | **$444.27** | |
| | Checking | -444.27 | | |
| **Net Check** | | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 27.93 | 962.55 |
| Sick Balance | | 16.47 |
| Vac. Balance | | 26.16 |

**Important Notes**  
YOUR COMPANY'S PHONE NUMBER IS 914 - 721 - 4141

BASIS OF PAY: HOURLY

**Time Card Detail**

| DATE | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|
| MON 11/30 | 9:31AM | 2:30PM | | | 4.98 |
| TUE 12/01 | 9:30AM | 2:01PM | | | 4.52 |
| SAT 12/05 | 9:30AM | 2:00PM | | | 4.50 |
| MON 12/07 | 2:18PM | 7:10PM | | | 4.87 |
| TUE 12/08 | 9:30AM | 1:33PM | | | 4.05 |
| WED 12/09 | 12:00PM | 5:01PM | | | 5.02 |

\* Excluded from federal taxable wages  
  Your federal taxable wages this period are $501.21

© 2000 ADP, LLC

---

EILEEN FISHER, INC - RETAIL DIVISION  
2 BRIDGE STREET  
IRVINGTON, NY 10533  
CO PH NUMBER 914 - 721 - 4141

Advice number: 00000510089  
Pay date: 12/17/2020

Deposited to the account of  
ANTOINETTE CAUCHI

| account number | transit ABA | amount |
|---|---|---|
| xxxxx4140 | xxxx xxxx | $444.27 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 040 |
|---|---|---|---|---|---|
| NES | 090475 | | CUSSER | 0000490095 | 1 |

# Earnings Statement 

EILEEN FISHER, INC - RETAIL DIVISION  
2 BRIDGE STREET  
IRVINGTON, NY 10533  
CO PH NUMBER 914 - 721 - 4141

Period Beginning: 11/15/2020  
Period Ending: 11/28/2020  
Pay Date: 12/03/2020

Taxable Marital Status: Married  
Exemptions/Allowances:  
  Federal: 1  
  PA: N/A

ANTOINETTE CAUCHI  
105 GAME TRAIL COURT  
DINGSMAN FERRY PA 18328

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 18.5000 | 25.68 | 475.08 | 15,979.23 |
| Holiday | 18.5000 | 3.00 | 55.50 | 481.00 |
| Floating Hol | | | | 259.00 |
| Sick Pay | | | | 74.00 |
| Sick Payout | | | | 615.68 |
| Vacation 2020 | | | | 462.50 |
| **Gross Pay** | | | **$530.58** | 17,871.41 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 28.68 | 934.62 |
| Sick Balance | | 15.83 |
| Vac. Balance | | 25.08 |

**Important Notes**  
YOUR COMPANY'S PHONE NUMBER IS 914 - 721 - 4141

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -32.90 | 1,108.03 |
| | Medicare Tax | -7.70 | 259.14 |
| | PA State Income Tax | -16.29 | 548.63 |
| | PA SUI/SDI Tax | -0.32 | 10.72 |
| | Federal Income Tax | | 336.87 |
| | **Other** | | |
| | Disability Tax | -1.20 | 30.00 |
| | 401K | -15.92* | 536.16 |
| | **Net Pay** | **$456.25** | |
| | Checking | -456.25 | |
| | **Net Check** | **$0.00** | |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| TUE | 11/17 | 9:30AM | 1:44PM | | | 4.23 |
| THU | 11/19 | 9:30AM | 2:31PM | | | 5.02 |
| SAT | 11/21 | 12:00PM | 5:02PM | | | 5.03 |
| MON | 11/23 | 9:30AM | 1:01PM | | | 3.52 |
| WED | 11/25 | 9:30AM | 1:30PM | | | 4.00 |
| THU | 11/26 | HOLDAY | | | | 3.00 |
| SAT | 11/28 | 9:30AM | 1:23PM | | | 3.88 |

\* Excluded from federal taxable wages  
  Your federal taxable wages this period are $514.66

© 2000 ADP, LLC

---

EILEEN FISHER, INC - RETAIL DIVISION  
2 BRIDGE STREET  
IRVINGTON, NY 10533  
CO PH NUMBER 914 - 721 - 4141

Advice number: 00000490095  
Pay date: 12/03/2020

Deposited to the account of  
ANTOINETTE CAUCHI

| account number | transit ABA | amount |
|---|---|---|
| xxxxx4140 | xxxx xxxx | $456.25 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**Antoinette Cauchi**
105 Game Trail Ct
Dingmans Ferry, PA 18328
SSN: ••• •• 2220

**Pay Date**
Dec 29, 2020

**Pay Period**
Dec 1, 2020 — Dec 7, 2020

| Hours and Earnings | Current | YTD |
|---|---|---|
| 10.55 Regular Hours | $84.40 | |
| Additional Pay | $0.00 | |
| Gross Pay | $84.40 | |

| Taxes and Adjustments | | |
|---|---|---|
| Employee Social Security | $5.23 | |
| Employee Medicare | $1.23 | |
| PA State Income Tax | $2.59 | |
| PA State Unemployment Tax | $0.05 | |
| PA Earned Income Tax (PSD Code: 480505) | $0.84 | |
| PA Local Services Tax (Northampton County) | $1.00 | |
| Net Pay | $73.46 | |

Soaked Co llc DBA
Calvaresi Winery
567 Blue Mountain Dr
Walnutport, PA 18088
610-767-3339

Square Payroll

# Earnings Statement

Antoinette Cauchi
105 Game Trail Ct
Dingmans Ferry, PA 18328
SSN: ••• •• 2220

**Pay Date**
Dec 21, 2020

**Pay Period**
Dec 8, 2020 — Dec 14, 2020

| Hours and Earnings | Current | YTD |
|---|---|---|
| 6.23 Regular Hours | $49.84 | |
| Additional Pay | $0.00 | |
| Gross Pay | $49.84 | |
| **Taxes and Adjustments** | | |
| Employee Social Security | $3.09 | |
| Employee Medicare | $0.72 | |
| PA State Income Tax | $1.53 | |
| PA State Unemployment Tax | $0.03 | |
| PA Earned Income Tax (PSD Code: 480605) | $0.50 | |
| PA Local Services Tax (Northampton County) | $1.00 | |
| Net Pay | $42.97 | |

Soaked Co llc DBA
Calvaresi Winery
567 Blue Mountain Dr
Walnutport, PA 18088
610-767-3339

Square Payroll

*Antoinette Cauchi pay stubs*

# Earnings Statement

Antoinette Cauchi
105 Game Trail Ct
Dingmans Ferry, PA 18328
SSN: ••• •• 2220

**Pay Date**
Dec 10, 2020

**Pay Period**
Nov 24, 2020 — Nov 30, 2020

| Hours and Earnings | Current | YTD |
|---|---|---|
| 15 Regular Hours | $120.00 | |
| Additional Pay | $52.44 | |
| **Gross Pay** | **$172.44** | $172.44 |

| Taxes and Adjustments | | |
|---|---|---|
| Employee Social Security | $10.69 | |
| Employee Medicare | $2.50 | |
| PA State Income Tax | $5.29 | |
| PA State Unemployment Tax | $0.10 | |
| PA Earned Income Tax (PSD Code: 480505) | $1.72 | |
| PA Local Services Tax (Northampton County) | $1.00 | |
| **Net Pay** | **$151.14** | |

Soaked Co llc DBA
Calvaresi Winery
567 Blue Mountain Dr
Walnutport, PA 18088
610-767-3339

▪ Square Payroll