Certificate Number: 15317-PAM-DE-035557339

Bankruptcy Case Number: 21-00280


15317-PAM-DE-035557339

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 11, 2021</u>, at <u>10:23</u> o'clock <u>AM PDT</u>, <u>Marjohn Cauchi</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 11, 2021</u>   By:   <u>/s/Janice Morla</u>

Name: <u>Janice Morla</u>

Title: <u>Counselor</u>