United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Marjohn Cauchi  
Antoinette Tania Cauchi  
    Debtors

Case No. 21-00280-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Aug 11, 2021      Form ID: blank001      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Marjohn Cauchi, Antoinette Tania Cauchi, 105 Game Trail Court, Dingmans Ferry, PA 18328-4079 |
| 5390181 | + | Anesthesia Assoc of Morristown, PO Box 24002, Newark, NJ 07101-0410 |
| 5390182 | | Atlantic Health Systtem, PO Box 21385, New York, NY 10087-1385 |
| 5390183 | | Atlantic Medical Grp, PO Box 419101, Boston, MA 02241-9101 |
| 5390184 | + | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5390188 | + | Flagstar, P.O Box 660263, Dallas, TX 75266-0263 |
| 5390189 | | Home Depot Credit Services, PO Box 70600, Philadelphia, PA 19176-0600 |
| 5390192 | | PA Dept of Revenue, PO Box 280432, Harrisburg, PA 17128-0432 |
| 5390193 | | PAM, PO Box 1520, Milwaukee, WI 53201-1520 |
| 5390194 | + | Rafailov,Dr. Samuli, 61 Main Street, Sparta, NJ 07871-1903 |
| 5390197 | + | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 5390199 | | US Dept, of the Treasury, DMS CON, PO Box 979111, Saint Louis, MO 63197-9000 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 11 2021 18:46:00 | American Honda Finance Corporation, 3625 W. Royal Lane #200, Irving, TX 75063, UNITED STATES |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 11 2021 18:55:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5390190 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 11 2021 18:46:00 | Honda Financial Services, PO Box 7829, Philadelphia, PA 19101-7829 |
| 5392892 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 11 2021 18:46:00 | American Honda Finance Corporation, 3625 W. Royal Lane #200, Irving, TX 75063 |
| 5391397 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 11 2021 18:46:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5390186 | | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 11 2021 18:46:00 | CCS, Payment Processing Ctr, PO Box 55126, Boston, MA 02205-5126 |
| 5405194 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 11 2021 18:54:57 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5402886 | | Email/Text: cashiering-administrationservices@flagstar.com | Aug 11 2021 18:46:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 5426351 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 11 2021 18:46:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 5393663 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 11 2021 18:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5390191 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 11 2021 18:46:00 | Midland Funding LLC, 320 East Big Beaver, Suite |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | 300, Troy, MI 48083-1271 |
| 5404599 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 11 2021 18:54:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5390195 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2021 18:54:54 | SYNCB/LOWES, PO Box 965005, Orlando, FL 32896-5005 |
| 5390196 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2021 18:55:02 | SYNCB/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 5390455 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 11 2021 18:55:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5390198 | | Email/Text: bankruptcydepartment@tsico.com | Aug 11 2021 18:46:00 | Transworld Systems Inc., PO Box 15110, Wilmington, DE 19850-5110 |
| 5395533 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 11 2021 18:46:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5390185 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 11 2021 18:46:00 | Cardmember Service, PO Box 790408, Saint Louis, MO 63179-0408 |
| 5390187 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 11 2021 18:46:00 | Elan Financial Services, PO Box 108, Saint Louis, MO 63166 |
| 5391434 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 11 2021 18:55:03 | U.S. Department of Housing and Urban Development, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5401776 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | |

on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Vern S. Lazaroff
on behalf of Debtor 2 Antoinette Tania Cauchi pabankruptcy@vernlazaroff.com  r39899@notify.bestcase.com

Vern S. Lazaroff
on behalf of Debtor 1 Marjohn Cauchi pabankruptcy@vernlazaroff.com  r39899@notify.bestcase.com

William E. Craig
on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 6

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re:

| | |
|---|---|
| Marjohn Cauchi, | Chapter 13 |
| **Debtor 1** | |
| Antoinette Tania Cauchi, | Case No. 5:21−bk−00280−MJC |
| **Debtor 2** | |

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

You were mailed a Confirmation Hearing Notice in the above−reference case. A correction was made to the information contained in that notice as stated below:

Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date.

All other information on the original Notice will remain in full force and effect.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CynthiaBoyle, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 11, 2021 |

BLANK001 05/2018