United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-00280-MJC |
| Marjohn Cauchi | Chapter 13 |
| Antoinette Tania Cauchi | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Sep 15, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5463982 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 15 2022 18:46:00 | Community Loan Servicing, LLC et al, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Community Loan Servicing, LLC et al, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Community Loan Servicing LLC, as servicing agent for Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com |

United States Trustee
   ustpregion03.ha.ecf@usdoj.gov

Vern S. Lazaroff
   on behalf of Debtor 2 Antoinette Tania Cauchi pabankruptcy@vernlazaroff.com r39899@notify.bestcase.com

Vern S. Lazaroff
   on behalf of Debtor 1 Marjohn Cauchi pabankruptcy@vernlazaroff.com r39899@notify.bestcase.com

William E. Craig
   on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 7

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:21-bk-00280-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Marjohn Cauchi
105 Game Trail Court
Dingmans Ferry PA 18328

Antoinette Tania Cauchi
105 Game Trail Court
Dingmans Ferry PA 18328

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/14/2022.

Name and Address of Alleged Transferor(s):

Claim No. 7: Community Loan Servicing, LLC et al, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Community Loan Servicing, LLC et al, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146

Name and Address of Transferee:

Lakeview Loan Servicing, LLC
C/O RightPath Servicing
PO Box 619096
Dallas, TX 75261-9741
Lakeview Loan Servicing, LLC
C/O RightPath Servicing

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/17/22

Terrence S. Miller
**CLERK OF THE COURT**