| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Marjohn Cauchi |
| Debtor 2 (Spouse, if filing) | Antoinette Tania Cauchi |
| United States Bankruptcy Court for the: | Middle District of PA |
| Case number | 21-00280 MJC |

Form 4100R

# Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Lakeview Loan Servicing, LLC            **Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 3001
**Property address:**
105 Game Trail Court
Dingmans Ferry, PA 18328

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:        $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:       01 / 01 / 2026

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:                         (a)    $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b)   $ _____
c. **Total.** Add lines a and b.                                    (c)    $ _____

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

Document ID: f4a3022c7908af0f09474ea857b9a9ff64cb18fb0cc935000f56314b252d0655
Case 5:21-bk-00280-MJC    Doc 75    Filed 12/17/25    Entered 12/17/25 13:38:29    Desc
Main Document     Page 1 of 3

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Matthew Fissel*
Matthew Fissel
17 Dec 2025, 10:42:00, EST

Date    12/17/2025

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R                Response to Notice of Final Cure Payment                page 2

Document ID: f4a3022c7908af0f09474ea857b9a9ff64cb18fb0cc935000f56314b252d0655
Case 5:21-bk-00280-MJC    Doc 75    Filed 12/17/25    Entered 12/17/25 13:38:29    Desc
Main Document      Page 2 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marjohn Cauchi<br>Antoinette Tania Cauchi<br>　　　　　　　　　Debtor(s) | BK NO. 21-00280 MJC<br><br>Chapter 13 |
| **Lakeview Loan Servicing, LLC**<br>　　　　　　　　　Movant<br>vs.<br>**Marjohn Cauchi**<br>**Antoinette Tania Cauchi**<br>　　　　　　　　　Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>　　　　　　　　　Trustee | Related to Claim No. 7 |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 17, 2025, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Marjohn Cauchi
105 Game Trail Court
Dingmans Ferry, PA 18328

Antoinette Tania Cauchi
105 Game Trail Court
Dingmans Ferry, PA 18328

Attorney for Debtor(s) (via ECF)
Vern S. Lazaroff, Esq.
P.O. Box 1108
143 Pike Street
Port Jervis, NY 12771

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: December 17, 2025

　　　　　　　　　　　　　　　　　　　　**/s/ Matthew Fissel**
　　　　　　　　　　　　　　　　　　　　Matthew Fissel
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 314567
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　　mfissel@kmllawgroup.com